# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KI P. LEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WASHINGTON MUTUAL BANK, et al.<br><br>　　　　Defendants. | Case No.: CV 11-407 DSF (Ex)<br><br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution on May 4, 2011, as to defendant Washington Mutual Bank and plaintiff not having timely responded, and all other defendants having been previously dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice as to Washington Mutual Bank, dismissed with prejudice as to the other defendants, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/16/11

　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge